*#112 #129061*

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO

FILED
2010 NOV 18 PM 2:48

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: CANTU, JOSEPH R. ) Case No. 09-38663
CANTU, TIFFANY A.
) Chapter 7

Debtor(s). ) Judge: MARY ANN WHIPPLE

### TRANSMITTAL OF UNCLAIMED FUNDS

John N. Graham, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

    Asset Acceptance, LLC, P.O. Box 2036, Warren, MI 48090    $47.70

2. Your Trustee's check for $47.70 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

Date: 11/17/2010

_____
John N. Graham, Trustee

Cc: United States Trustee